PALMER, LOMBARDI & DONOHUE
515 SOUTH FLOWER STREET, SUITE 2100
LOS ANGELES, CALIFORNIA 90071
(213) 688-0430

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, a Pennsylvania corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>TUTOR-SALIBA CORPORATION/O&G INDUSTRIES, INC. JV, a California joint venture enterprise and R&L BROSAMER, INC., a California corporation,<br><br>  Defendants. | CASE NO.:  3:15-cv-00303-SC<br><br>Assigned to The Hon. Samuel Conti<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF AMERICAN HOME ASSURANCE COMPANY'S ADMINISTRATIVE MOTION TO CONTINUE HEARING AND RESET APPLICABLE BRIEFING DEADLINES RE DEFEDANTS' JOINT MOTION TO STAY DECLARATORY RELIEF ACTION AND R&L BROSAMER'S MOTION TO DISMISS FOR IMPROPER VENUE<br><br>[Filed concurrently with:  (1) Administrative Motion To Continue Hearing and Reset Applicable Briefing Deadlines; and  (2) Declaration of Smita Mokshagundam] |

- 1 -
[PROPOSED] ORDER
Case No. 3:15-cv-00303-SC

After considering Plaintiff American Home Assurance Company's ("Plaintiff") Administrative Motion to Continue Hearing and Reset Applicable Briefing Deadlines Re Defendants' Joint Motion to Stay Declaratory Relief Action and R&L Brosamer's Motion to Dismiss for Improper Venue or, in the Alternative, To Transfer Venue to the Central District of California ("Administrative Motion") and all papers submitted in connection with the Administrative Motion, the Court rules as follows:

1. The hearing for Defendants' Joint Motion to Stay Declaratory Relief Action ("Joint Motion to Stay") shall be continued from April 17, 2015 to May 15, 2015, at 10:00 a.m.;

2. Plaintiff shall file any opposition to Defendants' Joint Motion to Stay by April 17, 2015;

3. Defendants R & L Brosamer, Inc. ("Brosamer") and Tutor-Saliba Corporation/O&G Industries, Inc. JV, Tutor-Saliba Corporation, and O&G Industries, Inc.'s ("Tutor") shall file any reply in support of their Joint Motion to Stay by April 24, 2015;

4. The hearing for Brosamer's Motion to Dismiss for Improper Venue or, in the Alternative, To Transfer Venue to the Central District of California ("Motion to Dismiss") shall be continued from April 17, 2015 to May 15, 2015, at 10:00 a.m.;

5. Plaintiff shall file any opposition to Brosamer's Motion to Dismiss by April 17, 2015; and

6. Brosamer shall file any reply in support of its Motion to Dismiss by April 24, 2015.

IT IS SO ORDERED.

DATED:  April 1 , 2015

_____
THE HONORABLE SAMUEL CONTI
United States District Court Judge